**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: May 17, 2018**



Jeffery P. Hopkins
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 13-13845 |
| | | CHAPTER 13 |
| | : | |
| WILLIAM E. STOCK | | JUDGE JEFFERY P. HOPKINS |
| | : | |
| Debtor | | ORDER GRANTING MOTION |
| | : | TO MODIFY PLAN |

This matter is before the Court on the Motion to Modify Plan (Doc.89).

For good cause shown the Motion to Modify Plan is granted. Debtor's Chapter 13 plan is modified pursuant to the terms outlined in the Motion submitted to the Court.

SO ORDERED

Copies to:

Default List

###